# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 13, 2016

## NO. 03-13-00382-CR

**Keith Balkissoon, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PEMBERTON, GOODWIN, AND FIELD**
**MODIFIED AND, AS MODIFIED, AFFIRMED --**
**OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction but that there was error requiring correction. Therefore, the Court modifies the district court's judgment of conviction to delete the deadly-weapon finding. The Court affirms the judgment of conviction as modified. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.